**UNITED STATES of America, Plaintiff–Appellee**

v.

**Michael Joseph MCKINLEY, Defendant–Appellant.**

**No. 09–50292 Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Oct. 20, 2009.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Joe H. Rodriguez, Gatesville, TX, for Defendant–Appellant.

Before WIENER, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Michael Joseph McKinley raises ar-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

guments that are foreclosed by *United States v. Beydoun*, 469 F.3d 102, 108 (5th Cir.2006), which held that there is no violation of rights under the Confrontation Clause when hearsay testimony is used at sentencing. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be